Opinion delivered June 1, 1887.

---

No. 5452.

## J. CYECHAWAICH *v.* THE STATE.

APPEAL BOND.—If on an appeal from a Justice's court to the County Court the appeal bond conforms substantially to the requirements prescribed therefor by Article 854 of the Code of Criminal Procedure, it is sufficient, whether in literal compliance with them or not.

APPEAL from the County Court of Falls. Tried below before the Hon. E. C. Stewart, County Judge.

The opinion states the case.

No brief for the appellant.

*W. L. Davidson*, Assistant Attorney General, for the State.

WHITE, PRESIDING JUDGE. Appellant was tried upon a complaint in a justice's court, charging him with a simple assault, and was fined five dollars. He appealed to the county court and executed his appeal bond. On motion of the county attorney his appeal was dismissed on account of supposed defects in the bond. This ruling of the court was erroneous. The bond was in substantial, if not literal, compliance with the statutory requirements for bonds on appeals from justices's to county

courts. (Code Crim. Proc., art. 854; Page v. The State, 9 Texas
Ct. App., 466; Watson v. The State, 20 Texas Ct. App., 382; Mil-
ler v. The State, 21 Texas Ct. App., 275; Eichman v. The State,
22 Texas Ct. App., 137.)

The judgment of the county court is reversed, and the cause
is remanded that it may be tried *de novo* on its merits.